ACCEPTED
01-14-00508-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 3:48:13 PM
CHRISTOPHER PRIN
CLERK

No. 01-14-00508-CV
IN THE
# 1st Court of Appeals
# Houston,Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 3:48:13 PM
CHRISTOPHER A. PRINE
Clerk

_____

FRANCISCO CHAMUL,

Appellant,

v.

AMERISURE MUTUAL INSURANCE CO.,

Appellee.

_____

## APPELLEE'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

COMES NOW, Amerisure Mutual Insurance Co., Appellee, ("Amerisure") and files this Unopposed Motion for Extension of Time to File its Brief and in support thereof respectfully shows the following:.

### A. **Introduction**

1.    This is an appeal from a final judgment rendered in the trial court. This is Amerisure's first Motion for Extension of Time to file its Brief.

1

2. Appellant filed his Brief on February 13, 2015. Amerisure's Brief is presently due to be filed on or before April 14, 2015. A previous 30 day extension was granted to Amerisure.

3. This Motion seeks an extension of time of ten (10) days, up to and including April 24, 2015 for Amerisure to file its Brief on the Merits.

### B. Bases for Extension

5. Amerisure requests this extension not for purpose of delay, but so that justice may be done. Counsel for Amerisure has/had the following hearings scheduled:

- Oral argument before the Texas Supreme Court on March 26, 2015 in Cause No. 14-0272, *SeaBright Insurance Company v. Lopez*.

- An administrative contested case hearing in Docket No. DN-15-147701-01-CC-DN41 before the Texas Department of Insurance, Division of Workers' Compensation on March 30, 2015 in Denton, Texas.

- An administrative benefit review conference in Docket No. 1324540-03-BR before the Texas Department of Insurance, Division of Workers' Compensation on March 31, 2015 in Waco, Texas.

- An administrative medical contested case hearing in Docket No. E1-06144769-01-CC-EP46 before the Texas Department of Insurance, Division of Workers' Compensation on April 1, 2015 in El Paso, Texas.

2

- Lead Counsel Dana M. Gannon had jury duty on April 6, 2015.

- An administrative contested case hearing in Docket No. 14141582-03-CC on April 7, 2015 before the Texas Department of Insurance, Division of Workers' Compensation in Houston, Texas.

- Motion for Summary Judgment hearing before the 162nd Judicial District Court of Dallas County, Texas on April 7, 2015 in Cause No. 13-00583, styled *Reyna v. Highlands Ins. Co.*

- An administrative contested case hearing on April 9, 2015 in Docket No. 14254321 before the Texas Department of Insurance, Division of Workers' Compensation in Waco, Texas.

- Motion for Summary Judgment hearing before the 169th Judicial District Court of Bell County, Texas on April 10, 2015 in Cause No. 238-511-C, *Graham v. Highlands Ins. Co.*

- A trial setting in the 136th Judicial District Court of Jefferson County, Texas (set for the entire month of April) in Cause No. D-194,275, styled *Cogar v. SeaBright Ins. Co.*

- An administrative benefit review conference on April 13, 2015 in Cause No. 13247401-01-BR before the Texas Department of Insurance, Division of Workers' Compensation in Houston, Texas.

- An administrative contested case hearing on April 13, 2015 in Docket No. 13236224-01-CC before the Texas Department of Insurance, Division of Workers' Compensation in Houston, Texas.

- A Plea to Jurisdiction and Motion to Reinstate a Claim for Lifetime Income Benefits hearing on April 14, 2015 in County Court at Law No. 2 in Nueces County, Texas in Cause No. 2011-CCV-61218-2, styled *Hawes v. Highlands Ins. Co*.

- Lead Counsel Dana M. Gannon is departing April 15, 2015 for depositions scheduled out of state in in Cause No. 238-511-C, *Graham v. Highlands Ins. Co*.

## C. Prayer

Amerisure respectfully requests the Court grant this Motion and for all other relief to which it may be entitled.

Respectfully submitted,

By: */s/ Joy M. Brennan*
SMITH & CARR, P.C.
Dana M. Gannon
State Bar No. 07623800
dgannon@smithcarr.com
Joy M. Brennan
State Bar No. 24040569
jbrennan@smithcarr.com
9235 Katy Freeway, Suite
Houston, Texas 77024
Telephone: (713) 933-6700
Facsimile: (713) 933-6799
ATTORNEYS FOR APPELLEE,
AMERISURE MUTUAL INSURANCE
CO.

## CERTIFICATE OF CONFERENCE

I certify that Appellee conferred with counsel for the Appellant on April 10, 2015 and Appellant is unopposed to this motion.

*/s/ Joy M. Brennan*
Joy M. Brennan

## CERTIFICATE OF COMPLIANCE

I certify that as counsel for Appellee that the number of words in this document is 782 as calculated by Microsoft Word.

*/s/ Joy M. Brennan*
Joy M. Brennan

## CERTIFICATE OF SERVICE

A true and correct copy of this Motion has been forwarded via E-Service to all counsel of record on April 10 2015, as follows:

Brad McClellan
Law Offices of Richard Pena, P.C.
1701 Directors Blvd., Suite 110
Austin, Texas 78744                    *Via E-Service*

Larry Trimble
Trimble & Grantham
902 Heights Blvd.
Houston, Texas 77008                   *Via E-Service*


*/s/ Joy M. Brennan*
Joy M. Brennan